UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3547 FMO (ASx) | Date | May 18, 2022 |
|---|---|---|---|
| Title | M.L. Textiles Enterprise LLC v. Scottsdale Insurance Company | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of March 28, 2022, the parties were required to complete a settlement conference before a private mediator no later than May 13, 2022. (See Dkt. 67, Court's Order of March 28, 2022, at 1). The parties were required to file a Status Report Re: Settlement no later than 24 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, a Status Report Re: Settlement has not been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **May 25, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of March 28, 2022. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |